FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 NOV 29  PM 12:30

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Case No. 8:12-cr-00384 JMG-FG3-1

MICHAEL ABRAHAM, DOJ-FBOP # 25200-047                       DEFENDANT

DEFENDANT MICHAEL ABRAHAM'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE

Comes now Defendant Michael Abraham (Abraham) and for his motion to terminate supervised release states:

1. Pursuant to 18 USC 3583(e)(1) this Court is authorized to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision, if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

2. Defendant Abraham hereby moves the Court to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

3. Abraham was convicted of 18 USC 2252A(a)(2) Receipt and Distribution of Child Pornography in May 2013, for which he received seven years in custody.

4. The 7-year term of supervised release began 10/12/2018.

5. Abraham has already completed approximately 35 months of his supervisory term.

6. Abraham is being supervised in the District of Nebraska where he lives and works.

7. Abraham self-surrendered and served his prison time without incident.

8. Abraham's supervision has likewise been without any incident.

9. Abraham is in full compliance in all areas of supervision.

Page 1 of 2

RECEIVED
NOV 29 2021
CLERK
U.S. DISTRICT COURT

10. Abraham has steady employment, residence, and family life.

11. Abraham is a decorated military veteran, serving from 1991 to his honorable discharge in 1997. He served in the National Guard from 2001 until his arrest in 2012. His military service involved multiple deployments to combat zones during times of war.

12. Abraham has discussed this request with his supervising probation officer, who has stated to Abraham that he does not oppose this petition.

13. Terminating Abraham's supervised release would enable him to better support his family financially. Abraham is a welder, and will have better economic opportunities if he is able to travel freely.

WHEREFORE, Defendant Abraham respectfully requests that this Court terminate his supervision; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted,


By:_____                    _____
Michael Abraham                                  Date
PO Box 425
Plainview, NE 68769
(physical address is 203 South 2nd Street, which has the same zip code)
eiahisel@gmail.com
(402) 649-2151


CERTIFICATE OF SERVICE

Defendant Abraham hereby certifies that on the date stated above he placed the foregoing in the mail to the Clerk of the Court. All parties entitled to service will receive service by CM/ECF system.

Michael Abraham
203 S 2nd St
Plainview, NE
68769

OMAHA NE 680
26 NOV 2021 PM 3 L

US District Court Clerk
Roman L Hruska Federal Cou
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

RECEIVED
NOV 29 2021
CLERK
U.S. DISTRICT COURT

68102-132277